# U.S. District Court
## Eastern District of Michigan (Detroit)
### CIVIL DOCKET FOR CASE #: 2:22−cv−10103−GAD−DRG

Langworthy v. The Appellate Law Firm  
Assigned to: District Judge Gershwin A. Drain  
Referred to: Magistrate Judge David R. Grand  
Cause: No cause code entered  

Date Filed: 01/07/2022  
Date Terminated: 10/06/2022  
Jury Demand: None  
Nature of Suit: 445 Civil Rights: Americans with Disabilities – Employment  
Jurisdiction: Federal Question  

**Plaintiff**

**Geneva Langworthy**     represented by     **Geneva Langworthy**  
P.O. Box 922  
Carlsborg, WA 98324  
PRO SE

V.

**Defendant**

**The Appellate Law Firm**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2022 | Ï 1 | COMPLAINT filed by Geneva Langworthy against The Appellate Law Firm (DPer) (Entered: 01/18/2022) |
| 01/07/2022 | Ï 2 | APPLICATION to proceed without prepaying fees or costs by Geneva Langworthy. (DPer) (Entered: 01/18/2022) |
| 01/27/2022 | Ï 4 | Notice Regarding Parties' Responsibility to Notify Court of Address Changes (KCas) (Entered: 01/27/2022) |
| 02/08/2022 | Ï 5 | COPIES of initial case filing documents/information mailed to Geneva Langworthy and returned as undeliverable (DPer) (Entered: 02/08/2022) |
| 02/24/2022 | Ï 6 | DECLARATION in support of 2 Application to proceed without prepaying fees or costs filed by Geneva Langworthy (DPer) (Entered: 02/25/2022) |
| 02/24/2022 | Ï 7 | AMENDED DECLARATION in support of 2 Application to proceed without prepaying fees or costs filed by Geneva Langworthy (DPer) (Entered: 02/25/2022) |
| 02/24/2022 | Ï 8 | NOTICE of Change of Address/Contact Information by Geneva Langworthy. (DPer) (Entered: 02/25/2022) |
| 03/16/2022 | Ï 9 | EXHIBIT in support of 1 Complaint by Geneva Langworthy (DPer) (Entered: 03/17/2022) |
| 09/23/2022 | Ï 10 | NOTICE of Voluntary Dismissal by Geneva Langworthy [Submitted through Pro Se Portal 9/23/22] (SSch) (Entered: 09/23/2022) |
| 10/06/2022 | Ï 11 | ORDER TRANSFERRING CASE to the Western District of Washington. Signed by District Judge Gershwin A. Drain. (DPer) (Entered: 10/06/2022) |

| | | |
|---|---|---|
| 10/06/2022 | Ï | TEXT−ONLY CERTIFICATE OF SERVICE re 11 Order Transferring Case Outside the State of Michigan on Geneva Langworthy P.O. Box 922Carlsborg, WA 98324 (TMcg) (Entered: 10/06/2022) |