UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GENEVA LANGWORTHY,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>THE APPELLATE LAW FIRM,<br><br>　　　　　　　Defendant. | CASE NO. 3:22-cv-05752-DGE<br><br>ORDER TO SHOW CAUSE |

　　　This matter comes before the Court on its own motion.  Plaintiff filed her complaint in the United States District Court for the Eastern District of Michigan on January 7, 2022.  (Dkt. No. 1.)  On September 23, 2022, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Dkt. No. 10.)  On October 6, 2022, United States District Judge Gershwin A. Drain issued an order transferring Plaintiff's case to this Court, reasoning that venue was proper here.  (Dkt. No. 11.)

　　　Judge Drain's order does not give effect to Plaintiff's voluntary dismissal, and the Court questions whether it continues to have jurisdiction given Plaintiff's stated intention to dismiss

ORDER TO SHOW CAUSE - 1

her claim. If Plaintiff intends to pursue her claim in the Western District of Washington she must affirmatively state her intention to do so by filing proof of service on Defendant no later than **January 31, 2023.** The failure to file proof of service will result in a finding of failure to prosecute and the dismissal of Plaintiff's complaint.

Dated this 10th day of January, 2023.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE - 2