UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GENEVA LANGWORTHY, | CASE NO. 3:22-cv-05752-DGE |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| THE APPELLATE LAW FIRM, | |
| Defendant. | |

On January 10, 2023, the Court issued an Order to Show Cause (Dkt. No. 16), informing Plaintiff that she had until January 31st to affirmatively state her intention to pursue her claim in this district by filing proof of service upon Defendant.  The Court informed Plaintiff that failure to file proof of service would result in a finding of failure to prosecute and the dismissal of Plaintiff's complaint.  (*Id*.)

Plaintiff has not filed proof of service upon Defendant.  Accordingly, the Court finds that Plaintiff has failed to prosecute her claim and DISMISSES this action WITHOUT PREJUDICE.

ORDER DISMISSING CASE - 1

1  Dated this 2nd day of February, 2023.

David G. Estudillo
United States District Judge

ORDER DISMISSING CASE - 2